# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MAI LEE,                                          CASE NO. 1:12-cv-01095-SMS

           Plaintiff,

                                      ORDER DISMISSING CASE UPON
    v.                                          STIPULATION OF THE PARTIES

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                                        (Doc.  7)
           Defendant.

_____/

       On August 6, 2012, Plaintiff and Defendant stipulated to the dismissal of this case, with each party to bear its own costs, captioning their stipulation as a Motion to Dismiss. Accordingly, this Court now grants the parties' motion.

       The above-captioned case is hereby DISMISSED pursuant to the stipulation of the parties.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

**Dated:   August 17, 2012**              _____/s/ Sandra M. Snyder_____
                                        UNITED STATES MAGISTRATE JUDGE