# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI LEE, | CASE NO. 1:12-cv-01095-SMS |
| Plaintiff, | |
| v. | ORDER DISMISSING CASE UPON STIPULATION OF THE PARTIES |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | (Doc. 7) |
| Defendant. | |

On August 6, 2012, Plaintiff and Defendant stipulated to the dismissal of this case, with each party to bear its own costs, captioning their stipulation as a Motion to Dismiss. Accordingly, this Court now grants the parties' motion.

The above-captioned case is hereby DISMISSED pursuant to the stipulation of the parties. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   August 17, 2012            /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1